**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**PATRICIA KENNEDY, Individually,**

    **Plaintiff,**

**v.**                                                       **Case No: 8:18-cv-2515-T-35CPT**

**SIESTA INN AND SUITES, INC., a
Florida Corporation,**

    **Defendant.**

_____

## ORDER DIRECTING ADMINISTRATIVE CLOSURE

**THIS CAUSE** comes before the Court for consideration of the Motion to Dismiss, (Dkt. 13), filed by Defendant; the Response in opposition thereto filed by Plaintiff, (Dkt. 16); and the Reply to Plaintiff's Opposition filed by Defendant. (Dkt. 19)

Defendant argues that this lawsuit is barred by res judicata and collateral estoppel. (Dkts. 13, 19)   Specifically, Defendant contends that at least one count of Plaintiff's two-count Complaint has been previously litigated in this Court and is now pending on appeal. Id.; Kennedy v. Siesta Suites, 8:18-cv-01005-JSM-AAS (M.D. Fla. 2018), Docket No. 18. Additionally, the facts associated with the premises claim were raised in the previous litigation.  (Kennedy, 8:18-cv-01005 at Docket. 14–1)   Thus, it is apparent that Plaintiff is aware that these claims arise out of a common set of facts.  See Vanover v. NCO Financial Services, Inc., 857 F.3d 833, 841 (11th Cir. 2017).   For that reason, the Court has serious concerns about whether this case is barred by res judicata and collateral estoppel; however, that remains to be determined after final resolution of the appeal.

Accordingly, it is hereby **ORDERED** that this case be administratively closed pending a decision from the Eleventh Circuit in the prior case. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case. The parties are **DIRECTED** to promptly advise the Court of the results of those proceedings.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of December, 2018.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

2